UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel De Jesus Aguirre, et al.

               Plaintiffs,

-against-

Max Delivery 2, LLC, et al.,

               Defendants.

1:18-cv-08998 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). On September 11, 2019, the Plaintiffs submitted their proposed settlement agreement regarding the FLSA claims asserted. (ECF No. 49.) Having reviewed the proposed FLSA settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court also finds Plaintiffs' attorneys' fees in connection with the FLSA claims to be fair and reasonable. The FLSA settlement is approved.

    The Court has been advised that all the claims in this action have been settled, except for the NYLL claims of Abelardo Perez Torralba, William Paladines, Armando Rafael Mesinas and Javier Flores Segundo. (*See* 10/11/19 Joint Ltr., ECF No. 69.)

    Accordingly, all the claims in this action are dismissed with prejudice, except that the NYLL claims of Abelardo Perez Torralba, William Paladines, Armando Rafael Mesinas and Javier Flores

Segundo are dismissed without prejudice. This dismissal is without costs to any party against any other.

The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 49 and to close this case.

**SO ORDERED.**

DATED:    New York, New York
          October 12, 2019

_____
STEWART D. AARON
United States Magistrate Judge